**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VOLHA SALANOVISH,<br><br>Petitioner,<br><br>v.<br><br>LUIS SOTO, *et al.*,<br><br>Respondents. | Civil Action No. 26-8718 (JXN)<br><br>**ORDER** |

**NEALS**, District Judge

**THIS MATTER** comes before the Court on Petitioner Volha Salanovich's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 challenging her continued detention. (ECF No. 1.) Respondents ("Government") filed a response. (ECF No. 5.) Petitioner replied (ECF No. 6), and filed a supplemental letter (ECF No. 7). The Court has carefully considered the parties' submissions and decides this matter without oral argument under Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons in the accompanying Opinion,

IT IS on this 20th day of August 2026,

**ORDERED** that the Petition (ECF No. 1) is **GRANTED**; and it is further

**ORDERED** that the Government shall **RELEASE** Petitioner from custody under the same conditions of release that existed immediately prior to her July 12, 2026 detention; and it is further

**ORDERED** that the Government is **PROHIBITED** from re-detaining Petitioner absent a significant likelihood of her removal in the reasonably foreseeable future; and it is further

**ORDERED** the Clerk of Court shall serve a copy of this Order and the accompanying Opinion upon the parties electronically and shall **CLOSE** this matter.

**JULIEN XAVIER NEALS**
**United States District Judge**